# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

### Case No.: 1:23-CV-1058

| | | |
|---|---|---|
| SACKS HOLDINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JOINT MOTION FOR EXTENSION** |
| | ) | **OF TIME TO SELECT MEDIATOR** |
| GRIN NATURAL USA LIMITED, GRIN | ) | |
| NATURAL US LIMITED, GRIN | ) | |
| HOLDINGS LIMITED, GRIN | ) | |
| NATURAL PRODUCTS LIMITED, | ) | |
| GRIN NATURAL PRODUCTS | ) | |
| AUSTRALIA PTY, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR EXTENSION OF TIME

This matter is before the court on the Joint Motion to Extend the Deadline to Select Mediator filed jointly by Plaintiff Sacks Holdings, Inc. ("Plaintiff") and Defendants Grin Natural USA Limited, Grin Natural US Limited, Grin Holdings Limited, Grin Natural Products Limited, and Grin Natural Products Australia Pty ("Defendants").

The Parties jointly move for an order extending the deadline to select a mediator.

In the Mediation Scheduling Order ("Mediation Order"), the Court set March 25, 2024, as the deadline for selecting a mediator. The Parties are actively pursuing a potential mediator for this matter and seek to extend this deadline by 7 days to

accommodate those efforts.  A 7-day extension would result in a new deadline of April 1,

2024, for filing a mutually agreeable mediator.

This Joint Motion is made in good faith and not for purposes of delay.

Respectfully submitted this 25th day of March, 2024.


/s/ Jacob S. Wharton
**WOMBLE BOND DICKINSON (US) LLP**
Jacob S. Wharton, NCSB No. 37421
One West Fourth Street
Winston-Salem, NC 27101
Tel.: (336) 747-6609
Jacob.Wharton@wbd-us.com

John D. Wooten IV, NCSB No. 51074
300 No. Greene Street, Suite 1900
Greensboro, NC 27401
Tel.: (336) 574-8090
JD.Wooten@wbd-us.com

James E. Dority
S.C. State Bar No. 104627
550 South Main Street, Suite 400
Greenville, SC 29601
Tel.: (864) 255-5412
James.Dority@wbd-us.com

*Attorneys for Plaintiff Sacks Holdings, Inc.*

/s/ Latoya A. Tyson
**DAVIS WRIGHT TREMAINE LLP**
Latoya A. Tyson (*Pro Hac Vice*)
DC Bar No. 1618237
Gayle Roxanne Elings (*Pro Hac Vice*)
NY Bar No. 2145662
1251 Avenue of the Americas, 21st Fl.
New York, NY 10020-1104
Tel.: (212) 603-6416
latoyatyson@dwt.com
roxanneelings@dwt.com

/s/ David W. Sar
**BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP**
David W. Sar, NCSB No. 23533
Christopher B. Dodd, NCSB No. 59294
Post Office Box 26000
Greensboro, NC 27420-6000
Tel.: (336) 271-3175
dsar@brookspierce.com
cdodd@brookspierce.com

*Attorneys for Defendants Grin Natural USA Limited, Grin Natural US Limited, Grin Holdings Limited, Grin Natural Products Limited, and Grin Natural Products Australia Pty*

4891-3427-4737v.1 0122890-000001