IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No.: 1:23-CV-1058

| | |
|---|---|
| SACKS HOLDINGS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GRIN NATURAL USA LIMITED, GRIN ) <br> NATURAL US LIMITED, GRIN ) <br> HOLDINGS LIMITED, GRIN ) <br> NATURAL PRODUCTS LIMITED, ) <br> GRIN NATURAL PRODUCTS ) <br> AUSTRALIA PTY, ) <br> ) <br> Defendants. ) | **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO SELECT MEDIATOR** |

This matter is before the court on the Joint Motion to Extend the Deadline to Select Mediator filed jointly by Plaintiff Sacks Holdings, Inc. ("Plaintiff") and Defendants Grin Natural USA Limited, Grin Natural US Limited, Grin Holdings Limited, Grin Natural Products Limited, and Grin Natural Products Australia Pty ("Defendants"). After considering the Joint Stipulated Motion, for good cause shown, it is hereby ORDERED that the Motion is GRANTED. The deadline select a mediator is extended to April 1, 2024.

IT IS SO ORDERED.

Dated this _____ day of March, 2024.

4853-9721-3617v.1 0122890-000001

Case 1:23-cv-01058-LCB-LPA   Document 32-1   Filed 03/25/24   Page 1 of 2

Signed: _____, 2024.            _____