IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SACKS HOLDINGS, INC., </br></br>Plaintiff/Counterclaim Defendant, </br></br>v. </br></br>GRIN NATURAL USA LIMITED, GRIN NATURAL US LIMITED, GRIN HOLDINGS LIMITED, GRIN NATURAL PRODUCTS LIMITED, GRIN NATURAL PRODUCTS AUSTRALIA PTY, </br></br>Defendants/Counterclaim Plaintiffs. | Case No.: 1:23-cv-1058-LCB-LPA |

**DECLARATION OF L. DANIELLE TOALTOAN IN SUPPORT OF DEFENDANTS'/COUNTERCLAIM PLAINTIFFS' MOTION TO COMPEL**

1

I, L. Danielle Toaltoan, declare and say:

1. I am an attorney at Davis Wright Tremaine LLP ("DWT) and serve as counsel for Defendants/Counterclaim Plaintiffs Grin Natural USA Limited, Grin Natural US Limited, Grin Holdings Limited, Grin Natural Products Limited, and Grin Natural Products Australia Pty ("Grin") in this proceeding.

2. I can attest to the following upon personal knowledge.

3. Attached hereto as **Exhibit A** is a true and correct copy of Grin's First Set of Interrogatories, dated June 23, 2024.

4. Attached hereto as **Exhibit B** is a true and correct copy of Grin's First Set of Requests For Production To Plaintiff/Counterclaim Defendant Sacks Holdings, Inc. ("Sacks"), dated June 23, 2024.

5. Attached hereto as **Exhibit C** is a true and correct copy of Sacks' Responses to Grin's First Set of Interrogatories, dated July 23, 2024.[1]

6. Attached hereto as **Exhibit D** is a true and correct copy of Sacks' Responses to Grin's First Set of Requests For Production, dated July 23, 2024.

7. Attached hereto as **Exhibit E** is a true and correct copy of letter from Latoya Tyson, counsel for Grin, to Sacks' counsel detailing Sacks' discovery deficiencies, dated August 9, 2024.

8. Attached hereto as **Exhibit F** is a true and correct copy of Sacks' response letter, dated August 16, 2024.

---

[1] This exhibit has been redacted to protect Sacks' confidential information.

9. Attached hereto as **Exhibit G** is a true and correct copy of my email to Sacks' counsel, dated August 20, 2024.

10. Attached hereto as **Exhibit H** is a true and correct copy of my email to Sacks' counsel, dated August 22, 2024.

11. Attached hereto as **Exhibit I** is a true and correct copy of an email from JD Wooten, counsel for Sacks, to me, dated August 22, 2024.

12. Attached hereto as **Exhibit J** is a true and correct copy of Sacks' letter to Grin's counsel, dated August 22, 2024.

13. Attached hereto as **Exhibit K** is a true and correct copy of an email from Jacob Wharton, counsel for Sacks, to me, dated August 27, 2024.

14. Attached hereto as **Exhibit L** is a true and correct copy of Grin's letter to Sacks' counsel, dated August 29, 2024.

Executed in New York, NY on the 30 day of August, 2024.

*/s/ L. Danielle Toaltoan*
L. Danielle Toaltoan