# EXHIBIT G

| | |
|---|---|
| **From:** | Toaltoan, Danielle |
| **Sent:** | Tuesday, August 20, 2024 9:45 AM |
| **To:** | Wharton, Jake |
| **Cc:** | Elings, G. Roxanne; David Sar; Christopher B. Dodd; Wooten, JD; Dority, James; Tyson, Latoya; Gutierrez, Adrianna; Sumonu, Lekan |
| **Subject:** | RE: Sacks Holdings, Inc. v. Grin Natural USA Limited, et al. |

Hi Jake,

We would like to discuss these issues regarding Plaintiff's discovery responses during the tomorrow's meet and confer, scheduled at 4pm. We are particularly concerned about the timing for Plaintiff's supplemental production of documents. As you know, Plaintiff's 30(b)(6) and Mr. Chodorow's depositions are scheduled for Tuesday, August. 27. We would require that all of Plaintiff's responsive documents be produced before then, but you provide no assurances as to the timing of the supplemental production. Your letter only states that you will provide an update by August 23.

We would like to address this on tomorrow's call. We are willing to extend the call to 5pm if need be. Please let us know if this works for you.

Best,
--Danielle

**Danielle Toaltoan**   She/Her/Hers
**Partner,** Davis Wright Tremaine LLP

**P** 212.603.6463   **E** danielletoaltoan@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

**From:** Wharton, Jake <Jacob.Wharton@wbd-us.com>
**Sent:** Friday, August 16, 2024 7:23 PM
**To:** Tyson, Latoya <LatoyaTyson@dwt.com>
**Cc:** Elings, G. Roxanne <RoxanneElings@dwt.com>; Toaltoan, Danielle <DanielleToaltoan@dwt.com>; David Sar <DSAR@brookspierce.com>; Christopher B. Dodd <CDodd@BrooksPierce.com>; Wooten, JD <JD.Wooten@wbd-us.com>; Dority, James <James.Dority@wbd-us.com>
**Subject:** Sacks Holdings, Inc. v. Grin Natural USA Limited, et al.

**[EXTERNAL]**

Counsel:

Please see the attached correspondence.

Thank you.

**Jake Wharton**
Partner
Womble Bond Dickinson (US) LLP

| | |
|---|---|
| **d:** 336-747-6609 | One West Fourth Street |
| **m:** 336-409-2505 | Winston-Salem, NC 27101 |

**e:** Jacob.Wharton@wbd-us.com

 womblebonddickinson.com

  

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.