# EXHIBIT H

| **From:** | Toaltoan, Danielle |
|---|---|
| **Sent:** | Thursday, August 22, 2024 5:52 AM |
| **To:** | Wharton, Jake |
| **Cc:** | Elings, G. Roxanne; David Sar; Christopher B. Dodd; Wooten, JD; Dority, James; Tyson, Latoya; Gutierrez, Adrianna; Sumonu, Lekan |
| **Subject:** | RE: Sacks Holdings, Inc. v. Grin Natural USA Limited, et al. |

Counsel,

I am writing to recap our meet and confer yesterday regarding Plaintiff's deficient document production. Namely, I inquired when Plaintiff would be completing its production of responsive documents and whether that production would occur before Plaintiff's 30(b)(6) deposition and Mr. Chodorow's deposition, which are scheduled for Tuesday.

Your responses were as follows:
- Plaintiff would not provide a date when it would complete its production or supplement its production;
- Plaintiff would not say whether it would complete its production by Friday or Monday, ahead of Plaintiff's depositions on Tuesday;
- Plaintiff would not provide the details of the volume of documents yet to be produced;
- Plaintiff will not provide the search terms used for Plaintiff's document collection until Plaintiff has completed its document production; and
- Plaintiff would not provide a date when it would serve a privilege log.

We will be proceeding with Plaintiff's depositions on Tuesday but preserve all rights to seek Mr. Chodorow's further testimony once Plaintiff completes its production, including its privilege log. To the extent that Plaintiff produces additional documents before Tuesday, but we do not have sufficient time to review those documents before the depositions, we preserve all rights to call Mr. Chodorow back for further questioning.

Best,
--Danielle

**Danielle Toaltoan**   She/Her/Hers
**Partner,** Davis Wright Tremaine LLP

**P** 212.603.6463  **E** danielletoaltoan@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

**From:** Wharton, Jake <Jacob.Wharton@wbd-us.com>
**Sent:** Wednesday, August 21, 2024 2:11 PM
**To:** Toaltoan, Danielle <DanielleToaltoan@dwt.com>
**Cc:** Elings, G. Roxanne <RoxanneElings@dwt.com>; David Sar <DSAR@brookspierce.com>; Christopher B. Dodd <CDodd@BrooksPierce.com>; Wooten, JD <JD.Wooten@wbd-us.com>; Dority, James <James.Dority@wbd-us.com>; Tyson, Latoya <LatoyaTyson@dwt.com>; Gutierrez, Adrianna <AdriannaGutierrez@dwt.com>; Sumonu, Lekan <Osumonu@dwt.com>
**Subject:** Re: Sacks Holdings, Inc. v. Grin Natural USA Limited, et al.

[EXTERNAL]

Yes. That is fine.

**From:** Toaltoan, Danielle <DanielleToaltoan@dwt.com>
**Sent:** Tuesday, August 20, 2024 12:45 PM
**To:** Wharton, Jake <Jacob.Wharton@wbd-us.com>
**Cc:** Elings, G. Roxanne <RoxanneElings@dwt.com>; David Sar <DSAR@brookspierce.com>; Christopher B. Dodd <CDodd@BrooksPierce.com>; Wooten, JD <JD.Wooten@wbd-us.com>; Dority, James <James.Dority@wbd-us.com>; Tyson, Latoya <LatoyaTyson@dwt.com>; Gutierrez, Adrianna <AdriannaGutierrez@dwt.com>; Sumonu, Lekan <Osumonu@dwt.com>
**Subject:** RE: Sacks Holdings, Inc. v. Grin Natural USA Limited, et al.

Hi Jake,

We would like to discuss these issues regarding Plaintiff's discovery responses during the tomorrow's meet and confer, scheduled at 4pm. We are particularly concerned about the timing for Plaintiff's supplemental production of documents. As you know, Plaintiff's 30(b)(6) and Mr. Chodorow's depositions are scheduled for Tuesday, August. 27. We would require that all of Plaintiff's responsive documents be produced before then, but you provide no assurances as to the timing of the supplemental production. Your letter only states that you will provide an update by August 23.

We would like to address this on tomorrow's call. We are willing to extend the call to 5pm if need be. Please let us know if this works for you.

Best,
--Danielle

**Danielle Toaltoan**   She/Her/Hers
**Partner,** Davis Wright Tremaine LLP

**P** 212.603.6463  **E** danielletoaltoan@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

**From:** Wharton, Jake <Jacob.Wharton@wbd-us.com>
**Sent:** Friday, August 16, 2024 7:23 PM
**To:** Tyson, Latoya <LatoyaTyson@dwt.com>
**Cc:** Elings, G. Roxanne <RoxanneElings@dwt.com>; Toaltoan, Danielle <DanielleToaltoan@dwt.com>; David Sar <DSAR@brookspierce.com>; Christopher B. Dodd <CDodd@BrooksPierce.com>; Wooten, JD <JD.Wooten@wbd-us.com>; Dority, James <James.Dority@wbd-us.com>
**Subject:** Sacks Holdings, Inc. v. Grin Natural USA Limited, et al.

**[EXTERNAL]**

Counsel:

Please see the attached correspondence.

Thank you.

**Jake Wharton**
Partner
Womble Bond Dickinson (US) LLP

**d:** 336-747-6609                           One West Fourth Street
**m:** 336-409-2505                          Winston-Salem, NC 27101
**e:** Jacob.Wharton@wbd-us.com

   

**womblebonddickinson.com**

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.